# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Angel M. Ortiz Molina
Plaintiff(s)

vs.   Civil No. 96-2267 (SEC)

Mai del Caribe, Inc., et al.
Defendant(s)

*RECEIVED & FILED 1999 OCT 12 AM 9 32 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR*

## DESCRIPTION OF MOTION

DATE FILED: 10/6/99  DOCKET: 59  TITLE: Motion Requesting Permission to Withdraw as Legal Counsel

[✓] Plaintiff(s)  [ ] Third Party Defendant(s)
[ ] Defendant(s)

DISPOSITION:

[✓] GRANTED                    [ ] DENIED

[ ] NOTED                      [ ] MOOT

## ADDITIONAL COMMENTS:

Oct 8, 1999
DATE

SALVADOR E. CASELLAS
U.S. DISTRICT JUDGE

3                                                         60