IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL M. ORTIZ MOLINA     *

    Plaintiff     *

    *     Civil No. 96-2267(SEC)

    v.     *

    *     ADA

MAI DEL CARIBE, INC., et. al.     *

    *

    Defendants     *

*************************************

## JUDGEMENT

Pursuant to this Court's Opinion and Order of this same date, the above-referenced case is **DISMISSED** and **JUDGEMENT IS HEREBY ENTERED** accordingly.

**SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 4TH day of February, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)